B5 (Official Form 5) (12/07)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| __Northern__ District of __Texas__ | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Vitro America, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>Vitro America, Inc.<br>VVP America, Inc. |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(If more than one, state all.):54-0141190

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>965 Ridge Lake Blvd., Suite 300<br>Memphis, TN 38120<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☒ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☒ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
## OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>See Attached Annex A | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor    Vitro America, LLC

Case No.

## TRANSFER OF CLAIM

☒ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x /s/ Jeff Prostok                          11/17/10 |
|---|---|
| | Signature of Attorney              Date |
| x _____ Q. D. Ch _____ | |
| Signature of Petitioner or Representative (State Title) | Jeff Prostok |
| | Name of Attorney Firm (if any) |
| | Jeff Prostok              John K. Cunningham |
| Knighthead Master Fund, L.P.              11/17/10 | Forshey Prostok LLP              White & Case LLP |
| Name of Petitioner              Date Signed | 777 Main Street, Suite 1290              200 S. Biscayne Blvd., Suite 4900 |
| Name & Mailing              Knighthead Master Fund, L.P. c/o | Fort Worth, TX  76102              Miami, FL  33131 |
| Address of Individual              Knighthead Capital Management, LLC | |
| 623 Fifth Avenue, 29th Floor | Address |
| New York, NY 10022 | |
| Signing in Representative              Knighthead Capital Management, L.L.C., | Telephone No.  (817) 877-8855 |
| Capacity              Investment Manager | |
| Ara Cohen, Managing Member | |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x _____ |
| | Signature of Attorney              Date |
| x _____ | |
| Signature of Petitioner or Representative (State Title) | Name of Attorney Firm (if any) |
| Name of Petitioner              Date Signed | Address |
| Name & Mailing | |
| Address of Individual | Telephone No. |
| Signing in Representative | |
| Capacity | |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x _____ |
| | Signature of Attorney              Date |
| x _____ | |
| Signature of Petitioner or Representative (State Title) | Name of Attorney Firm (if any) |
| Name of Petitioner              Date Signed | Address |
| Name & Mailing | |
| Address of Individual | Telephone No. |
| Signing in Representative | |
| Capacity | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Knighthead Master Fund, L.P. c/o Knighthead Capital Management, LLC 623 Fifth Avenue, 29th Floor New York, NY  10022 | Beneficial Interests in 9-1/8% Senior Notes and 8-5/8% Senior Notes | $42,047,250.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ x _____ continuation sheets attached

## TRANSFER OF CLAIM

☒   Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x /s/ Jeff Prostok      11/17/10 |
|---|---|
| x _____ <br> Signature of Petitioner or Representative (State Title) | Signature of Attorney    Date |
| Brookville Horizons Fund, L.P.    11 17 10 <br> Name of Petitioner      Date Signed | Jeff Prostok <br> Name of Attorney Firm (If any) |
| Name & Mailing    Brookville Horizons Fund, L.P. <br> Address of Individual    2 Greenwich Plaza <br>      Greenwich, CT 06830 <br> Signing in Representative    Brookville Horizons Fund GP, LLC <br> Capacity    T.A. McKinney, Authorized Signatory | Jeff Prostok     John K. Cunningham <br> Forshey Prostok LLP     White & Case LLP <br> 777 Main Street, Suite 1290    200 S. Biscayne Blvd., Suite 4900 <br> Fort Worth, TX 76102    Miami, FL 33131 <br><br> Address <br><br> Telephone No. (817) 877-8855 |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x _____ <br> Signature of Attorney    Date |
| x _____ <br> Signature of Petitioner or Representative (State Title) | Name of Attorney Firm (If any) |
| Name of Petitioner.     Date Signed <br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | Address <br><br> Telephone No. |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x _____ <br> Signature of Attorney    Date |
| x _____ <br> Signature of Petitioner or Representative (State Title) | Name of Attorney Firm (If any) |
| Name of Petitioner     Date Signed <br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | Address <br><br> Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Brookville Horizons Fund, L.P. <br> 2 Greenwich Plaza <br> Greenwich, CT 06830 | Beneficial interests in 9-1/8% Senior Notes | $2,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___X___ continuation sheets attached

Name of Debtor    Vitro America, LLC

Case No.

## TRANSFER OF CLAIM

☒ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x /s/ Jeff Prostok    11/17/10 |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State Title) | Signature of Attorney    Date |
| Davidson Kempner Distressed Opportunities Fund LP    11/17/10<br>Name of Petitioner    Date Signed | Jeff Prostok<br>Name of Attorney Firm (If any) |
| Name & Mailing    Davidson Kempner Distressed<br>Opportunities Fund LP | Jeff Prostok                    John K. Cunningham<br>Forshey Prostok LLP          White & Case LLP<br>777 Main Street, Suite 1290    200 S. Biscayne Blvd., Suite 4900<br>Fort Worth, TX  76102          Miami, FL  33131 |
| Address of Individual    65 East 55th Street, 19th Floor<br>New York, NY 10022 | |
| Signing in Representative    Anthony A. Yoseloff<br>Capacity    Managing Member | Address<br>Telephone No. (817) 877-8855 |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x _____<br>Signature of Attorney    Date |
| x _____<br>Signature of Petitioner or Representative (State Title) | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual<br>Signing in Representative<br>Capacity | Telephone No. |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x _____<br>Signature of Attorney    Date |
| x _____<br>Signature of Petitioner or Representative (State Title) | Name of Attorney Firm (If any) |
| Name of Petitioner    Date Signed | Address |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Davidson Kempner Distressed Opportunities Fund LP<br>65 East 55th Street, 19th Floor<br>New York, NY 10022 | Beneficial interests in 9-1/8% Senior Notes, 11-¾% Senior Notes and 8-5/8% Senior Notes | $11,637,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___x___ continuation sheets attached

Name of Debtor ___Vitro America, LLC_____

Case No. _____

## TRANSFER OF CLAIM

☒ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x /s/ Jeff Prostok    _____    11/17/10 |
|---|---|
| x _Lawrence H. Kaplan_ | Signature of Attorney          Date |
| Signature of Petitioner or Representative (State Title) | Jeff Prostok |
| Lawrence H. Kaplan, Vice President & Secretary | Name of Attorney Firm (If any) |
| | Jeff Prostok              John K. Cunningham |
| _Lord Abbett Bond-Debenture Fund, Inc._   11/17/10 | Forshey Prostok LLP       White & Case LLP |
| Name of Petitioner          Date Signed | 777 Main Street, Suite 1290   200 S. Biscayne Blvd., Suite 4900 |
| | Fort Worth, TX  76102     Miami, FL  33131 |
| Name & Mailing       Lord Abbett Bond-Debenture Fund, Inc. | |
| Address of Individual   90 Hudson Street Jersey City, NJ 07302 | Address |
| Signing in Representative  Attn: John K. Forst, Esq. | |
| Capacity | Telephone No.  (817) 877-8855 |

| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x _____ |
|---|---|
| | Signature of Attorney          Date |
| x _____ | |
| Signature of Petitioner or Representative (State Title) | Name of Attorney Firm (If any) |
| | |
| Name of Petitioner          Date Signed | Address |
| Name & Mailing | |
| Address of Individual | Telephone No. |
| Signing in Representative | |
| Capacity | |

| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x _____ |
|---|---|
| | Signature of Attorney          Date |
| x _____ | |
| Signature of Petitioner or Representative (State Title) | Name of Attorney Firm (If any) |
| | |
| Name of Petitioner          Date Signed | Address |
| Name & Mailing | |
| Address of Individual | Telephone No. |
| Signing in Representative | |
| Capacity | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Lord Abbett Bond-Debenture Fund, Inc. | Beneficial interests in 9-1/8% Senior Notes | $20,000,000.00 |
| 90 Hudson Street  Jersey City, NJ 07302 | | |
| Attn: John K. Forst, Esq. | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

**Annex A**

Bankruptcy Cases Concurrently Filed Against
Any Partner or Affiliate of the Debtor

Involuntary petitions under chapter 11 of title 11 of the United States Code are being filed in this Court against the following affiliated entities listed below:

Amsilco Holdings, Inc.

B.B.O. Holdings, Inc.

Binswanger Glass Company

Crisa Corporation

Super Sky International, Inc.

Super Sky Products, Inc.

Troper Services, Inc.

V-MX Holdings, LLC

Vitro America, LLC

Vitro Asset Corp.

Vitro Chemicals, Fibers & Mining, LLC

Vitro Packaging, LLC

VVP Auto Glass, Inc.

VVP Finance Corporation

VVP Holdings, LLC

# CORPORATE OWNERSHIP STATEMENT

Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") incorporate the disclosure required under Bankruptcy Rule 7007.1, which provides that any corporation that is party to an adversary proceeding shall file a statement that identifies any corporation that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or otherwise states that there are no entities to report. Knighthead Master Fund, L.P. (the "Petitioning Creditor") hereby submits that it is a limited partnership, and therefore is not subject to the disclosure requirements contained in Bankruptcy Rule 7007.1.

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief.

Date: November 17, 2010

KNIGHTHEAD MASTER FUND, L.P.

By: Knighthead Capital Management, L.L.C., its
Investment Manager

Name: Ara Cohen
Title:  Managing Member

**Rule 1003 Statement Regarding Claims of**
**Knighthead Master Fund, L.P.**

The undersigned hereby state that the claims totaling $42,047,250 held by Knighthead

Master Fund, L.P. (the "Petitioning Creditor") against the company named in the attached

involuntary petition (the "Debtor") were acquired on various dates in a range of consideration

from 44.00% to 50.13% as reflected in the attached documents. Such claims are based on the

Petitioning Creditor's holdings of $42,047,250 outstanding amount of Series of Notes Held:

$21,844,000 9$\frac{1}{8}$% Senior Notes due 2017 and $20,203,250 8$\frac{1}{8}$% due 2012. Such claims are

based upon principal only and are exclusive of interest, fees, costs and other charges. The

Petitioning Creditor acquired its claims on the open market for investment purposes and not for

the purpose of commencing a bankruptcy case against the Debtor.

Date: NOVEMBER 17, 2010

KNIGHTHEAD MASTER FUND, L.P.

By: Knighthead Capital Management, L.L.C., its
investment manager

By _____
    Ara Cohen
    Managing Member

**Vitro 9 1/8 02/01/17**

| Trade date | SettleDt | Account | B/S | Qty | Face value | Price | Purchased from |
|---|---|---|---|---|---|---|---|
| 03/31/10 | 04/06/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 45.00 | BCAPUK |
| 03/05/10 | 03/10/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 48.50 | JPCHUS |
| 03/05/10 | 03/10/10 | KHMF | B | 3,325.00 | 3,325,000.00 | 48.13 | BCAPUK |
| 01/20/10 | 01/25/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 50.13 | PRINCE |
| 01/19/10 | 01/22/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 50.00 | BCAPUK |
| 01/19/10 | 01/22/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 49.00 | BCAPUK |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49.00 | BCAPUK |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49.00 | JPCHUS |
| 01/11/10 | 01/14/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 47.25 | JPCHUS |
| 01/08/10 | 01/13/10 | KHMF | B | 950.00 | 950,000.00 | 45.25 | BCAPUK |
| 01/07/10 | 01/12/10 | KHMF | B | 2,369.00 | 2,369,000.00 | 44.00 | BCAPUK |
| | | | | 21,844.00 | 21,844,000.00 | | |

**Vitro 8 5/8 02/01/12**

| Trade date | SettleDt | Account | B/S | Qty | Face value | Price | Purchased from |
|---|---|---|---|---|---|---|---|
| 07/14/10 | 07/19/10 | KHMF | B | 1,906.00 | 1,906,000.00 | 46.75 | BCAPUK |
| 03/05/10 | 03/10/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 48.5 | JPCHUS |
| 03/05/10 | 03/10/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 48.25 | BCAPUK |
| 03/05/10 | 03/10/10 | KHMF | B | 1,425.00 | 1,425,000.00 | 48.125 | BCAPUK |
| 03/02/10 | 03/05/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 46.25 | JPCHUS |
| 01/20/10 | 01/25/10 | KHMF | B | 1,268.25 | 1,268,250.00 | 50 | PRINCE |
| 01/13/10 | 01/19/10 | KHMF | B | 1,615.00 | 1,615,000.00 | 49 | JPCHUS |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49 | JPCHUS |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49 | BCAPUK |
| 01/11/10 | 01/14/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 47.25 | JPCHUS |
| 01/07/10 | 01/12/10 | KHMF | B | 220.00 | 220,000.00 | 44 | MITRUS |
| 01/07/10 | 01/12/10 | KHMF | B | 2,369.00 | 2,369,000.00 | 44 | BCAPUK |
|  |  |  |  | 20,203.25 | 20,203,250.00 |  |  |

ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

PERIOD: Jan 07, 2010
RUN DATE: Jan 08, 2010 12:51 AM

PAGE 4 OF 4
BASE CURRENCY: USD

# Trade Date Activity



GLOBAL SECURITIES SERVICES

510

The material in this report is for validating the matching information provided by you and third parties, including pricing portfolio. This material contains information provided by you and Goldman Sachs and your and Goldman Sachs sources of content and Goldman Sachs has made attempts to present this information accurately but cannot assure or warrant its accuracy. This material and its valuation methodologies are not subject to or through which Goldman Sachs may carry out its activities, securities or content and Goldman Sachs statements. We have not verified and cannot verify the accuracy of the information. This material can be relied on this data. This material is intended only for the internal use and records of the fee, secondary, transfer or otherwise...

## DETAIL

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # REFERENCE # BROKER/ DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| **U S DOLLAR • TRADE ACTIVITY** | | | | | | | | | |
| **CONTINUED** | | | | | | | | | |
| ITV S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+W-50.00BP 82857 RAC1 | 01/07/10 | 01/12/10 | BUY | 05 | 220,000.00 | 44.0000 | 0.00 | (96,800.00) | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+W-50.00BP 82857 RAC1 | 01/07/10 | 01/12/10 | BUY | 05 | 2,380,000.00 | 44.0000 | 0.00 | (1,042,360.00) | |
| **U S DOLLAR • NON-TRADE ACTIVITY** | | | | | | | | | |

**U S DOLLAR CLOSING BALANCE •**

**UK POUND STERLING OPENING BALANCE**

**UK POUND STERLING • TRADE ACTIVITY**

**UK POUND STERLING CLOSING BALANCE •**

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official Goldman Sachs statement, the official statement should be relied upon.



ADVISOR: KNIGHTHEAD CAPITAL MAN-AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

## Trade Date Activity

Goldman Sachs

GLOBAL
SECURITIES
SERVICES

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is to be provided to you to assist in your assessment of the relevant portfolio. The material contains information prepared by you and third parties, including pricing information, which may not be complete, accurate or current and Goldman Sachs does not warrant it as such. Opinions expressed herein, unless any opinion is prepared and attributed to Goldman Sachs are not to be relied on or construed as investment advice, no representation or warranty is made by Goldman Sachs as to the accuracy or completeness of such information and Goldman Sachs accepts no liability for any loss arising from the use hereof. This material has been prepared specifically for you and no part of it may be reproduced or redistributed by you. The material is based upon information that we consider reliable, but we do not represent that it is accurate or complete, and it should not be relied upon as such.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (0)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|

**NEW MEXICAN PESO OPENING BALANCE**

**NEW MEXICAN PESO • TRADE ACTIVITY**

**NEW MEXICAN PESO CLOSING BALANCE •**

**U S DOLLAR OPENING BALANCE**

**U S DOLLAR • TRADE ACTIVITY**

VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN 144A+60,006P
329851RA09   01/08/10   01/13/10   BUY   06   950,000.00   45.2500   0.00   (429,875.00)

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

PAGE 4 OF 5
BASE CURRENCY: USD

PERIOD: Jan 11,2010
RUN DATE: Jan 12,2010 12:54 AM

GLOBAL
SECURITIES
SERVICES

510

Goldman Sachs

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is not to be used in your management of the referenced portfolio. The material contains information provided by you and third parties, including pricing services, which may or may not be complete, accurate or current and Goldman Sachs makes no representations or warranties, express or implied, with respect thereto. Nothing herein constitutes investment, legal, accounting or tax advice, or a recommendation to buy, sell or hold a security. The material contains information as of a particular date and is subject to change. Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors. Past performance is not indicative of future results.

# Trade Date Activity

## DETAIL

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST @/ COMMISSION | NET AMOUNT | ACCOUNT # / BROKER | REFERENCE # / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|

### JAPANESE YEN OPENING BALANCE

JAPANESE YEN  •  NON-TRADE ACTIVITY

### NEW MEXICAN PESO CLOSING BALANCE  •

### US DOLLAR OPENING BALANCE

US DOLLAR  •  TRADE ACTIVITY

| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD Ser b Sr | | UEN H-H450.00BP | | 08 | 2,963,000.00 | 44.0000 | 0.00 | (1,042,580.00) | | |
| 01/07/10 | 01/12/10 | BUY | | | | | | | | |
| 92851RAG9 | | | | | | | | | | |



Goldman Sachs

GLOBAL
SECURITIES
SERVICES

# Trade Date Activity

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

PERIOD: Jan 11,2010
RUN DATE: Jan 12,2010 12:54 AM

PAGE 4 OF 5
BASE CURRENCY: USD

510

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is provided to you to assist in your management of the referenced periods. The material contains information based on a variety of sources believed to be reliable...

## DETAIL • TRADE ACTIVITY

| TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER/ DESCRIPTION |
|---|---|---|---|---|---|---|---|---|

**U S DOLLAR • TRADE ACTIVITY**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/11/10 | 01/14/10 | VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M-W4-50.009P BUY 928514AC1 | 05 | 1,900,000.00 | 47.2500 | 0.00 | (897,750.00) | |
| 01/11/10 | 01/14/10 | VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M-W4-50.009P BUY 928514AD9 | 05 | 1,900,000.00 | 47.2500 | 0.00 | (897,750.00) | |

**U S DOLLAR • NON-TRADE ACTIVITY**

**U S DOLLAR CLOSING BALANCE** •

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

PERIOD: Jan 12,2010
RUN DATE: Jan 13,2010 01:27 AM

FUND: KNIGHTHEAD MASTER FUND LP

PAGE 3 OF 4
BASE CURRENCY: USD

**Trade Date Activity**

GLOBAL
SECURITIES
SERVICES

510

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is provided for your management of the relevance portfolio. This material contains information provided by you and third parties, including pricing services, which may or may not be complete, accurate or current and Goldman Sachs has no obligation to verify such information, and Goldman Sachs makes no representation or warranty with respect to such information. The information in this material is subject to change and Goldman Sachs has no obligation to update or correct this material or any other services. The material and information contained in this material is not intended as a recommendation to buy or sell any security, and should not be relied upon for accounting, legal or tax advice or investment recommendations. You should consult your own tax, legal, accounting, financial or other advisors about the issues discussed herein. Any opinions reported herein should not be relied upon for your own decisions or purposes.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR L/JEN M+W+50.00SP 9285TRAG1 | 01/12/10 | 01/15/10 | BUY | 05 | 950,000.00 | 49.0000 | 0.00 | (465,500.0) | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR L/JEN M+W+50.00SP 9285TRAG1 | 01/12/10 | 01/15/10 | BUY | 05 | 950,000.00 | 49.0000 | 0.00 | (465,500.00) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR L/JEN M+W+50.00SP 9285TRAG9 | 01/12/10 | 01/15/10 | BUY | 06 | 950,000.00 | 48.0000 | 0.00 | (465,500.00) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR L/JEN M+W+50.00SP 9285TRAG9 | 01/12/10 | 01/15/10 | BUY | 05 | 950,000.00 | 49.0000 | 0.00 | (465,500.00) | |
| **U S DOLLAR CLOSING BALANCE** • | | | | | | | | 113,190,650.14 | |

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.



ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

Trade Date Activity

PERIOD: Mar 05,2010
RUN DATE: Mar 08,2010 02:05 AM

PAGE 3 OF 4.
BASE CURRENCY: USD



GLOBAL SECURITIES SERVICES
510

This material is for general information purposes, and Goldman Sachs by no warranty makes no claim to the accuracy of such information...

| TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (?)/ COMMISSION | NET AMOUNT | ACCOUNT # / BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|

**DETAIL**

NO ACTIVITY

**NEW MEXICAN PESO CLOSING BALANCE**

**US DOLLAR OPENING BALANCE**

**US DOLLAR • TRADE ACTIVITY**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+H+50.00BP BUY  9285IRAC1 | | | | | | | | | |
| 03/05/10 | 03/10/10 | | 06 | 2,850,000.00 | 48.5000 | 0.00 | (1,382,250.00) | | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+H+50.00BP BUY  9285IRAC1 | | | | | | | | | |
| 03/05/10 | 03/10/10 | | 06 | 2,850,000.00 | 48.2500 | 0.00 | (1,375,125.00) | | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M+H+50.00BP BUY  9285IRA09 | | | | | | | | | |
| 03/05/10 | 03/10/10 | | 06 | 1,425,000.00 | 48.1250 | 0.00 | (685,781.25) | | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M+H+50.00BP BUY  9285IRA09 | | | | | | | | | |
| 03/05/10 | 03/10/10 | | 06 | 1,900,000.00 | 48.5000 | 0.00 | (921,500.00) | | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M+H+50.00BP BUY  9285IRA09 | | | | | | | | | |
| 03/05/10 | 03/10/10 | | 06 | 3,325,000.00 | 48.1250 | 0.00 | (1,600,156.25) | | |

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

Trade Date Activity

PERIOD: Dec 31, 2010
RUN DATE: Jan 14, 2010 01:54 AM

PAGE 4 OF 4
BASE CURRENCY: USD

GLOBAL
SECURITIES
SERVICES

Goldman
Sachs

510

This material is not an official Goldman Sachs statement and your management of the reference accounts. The material provided may not be complete, accurate or current and Goldman Sachs has no duty to update the materials. This material is provided to you solely as a record of the reference accounts and may not be relied upon by you for any other purpose. This material and the information contained herein are confidential and may not be reproduced or distributed in whole or in part without the prior written consent of Goldman Sachs. The material described herein are as of the date indicated, and current market information and prices may not be reflected herein as a measurement of value of the securities. Any information regarding the referenced accounts should be relied properly with your Goldman Sachs contact.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|
| **U S DOLLAR** • **TRADE ACTIVITY** | | | | | | | | | | |
| CONTINUED | | | | | | | | | | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 (USD) SER B SR LIEN M-WA30.00GBP 92851RAG1 | 01/12/10 | 01/13/10 | BUY | 05 | 1,615,000.00 | 49.0000 | 0.00 | (791,350.00) | | |
| **U S DOLLAR** • **NON-TRADE ACTIVITY** | | | | | | | | | | |

**U S DOLLAR CLOSING BALANCE** •

**UK POUND STERLING OPENING BALANCE** •

   NO ACTIVITY

**UK POUND STERLING CLOSING BALANCE** •

KNIGHTHEAD MASTER FUND LP is comprised of account number(s) 0022253631, 0022254456, 0022337936, 0024416550, 0023923821, 0023944077

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

PERIOD: Jan 19,2010
RUN DATE: Jan 20,2010 12:14 AM

PAGE 3 OF 5
BASE CURRENCY: USD

Trade Date Activity

Goldman Sachs

GLOBAL
SECURITIES
SERVICES

510

This material is for your client information, and Goldman Sachs is not validating any within based upon it. This material is provided for you to assist in your assessment of the reference portfolio. The material contains information provided by you and third parties, including pricing services, which may not be complete, accurate or current and Goldman Sachs is not responsible for errors within this material. The material is being furnished to you solely for use in connection with the reference portfolio. The material has no obligation to update or modify any such information. The material may not reproduced or used for any other purpose. The information and data contained herein are not intended to be, nor should they be construed or used as financial, legal, tax or investment advice, a recommendation, or an offer or solicitation to buy or sell securities. The information and data contained herein are not intended to be, nor should they be construed or used as financial, legal, tax or investment advice, a recommendation, or an offer or solicitation, or the basis for any investment decision. Accessible positions not held at Goldman Sachs or as software have not been verified by Field positions.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (0)/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|

**NEW MEXICAN PESO CLOSING BALANCE** •

**U S DOLLAR OPENING BALANCE**

|   |   |   | TRADE ACTIVITY |   |   |   |   |   |   |

| VITRO S.A. DE C.V. 9.125% 2/01/2017 USD SER b SR LIEN 144-H-S0.00 BP 92851RAD9 | 01/19/10 | 01/22/10 | BUY | 06 | 2,850,000.00 | 48.0000 | 0.00 | (1,366,500.00) |   |
| VITRO S.A. DE C.V. 9.125% 2/01/2017 USD SER b SR LIEN 144-H-S0.00 BP 92851RAD9 | 01/19/10 | 01/22/10 | BUY | 06 | 1,900,000.00 | 50.0000 | 0.00 | (950,000.00) |   |

**U S DOLLAR** • **NON-TRADE ACTIVITY**

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

Trade Date Activity

GLOBAL
SECURITIES
SERVICES

Goldman Sachs

PERIOD: Jan 20,2010
RUN DATE: Jan 21,2010 01:51 AM

PAGE 2 OF 3
BASE CURRENCY: USD

510

This material is for your private use, and Goldman Sachs is not soliciting any action based upon it. This material is provided to you to assist in your management of the relationship portfolio. This material contains information provided by you and third parties, including trading services, which may or not be complete, accurate or current and Goldman Sachs has no duty to update any of the information. Where such information comes from third party services, the material may not reflect valuations or other information held by Goldman Sachs for other clients, or even such additional portfolio reporting purposes, at the request of such services. We undertake no obligation to supply any information that is reference and should not be relied upon. To the extent we act as your advisor, or other services or other clients, or even such additional securities, any positions reporting the nature of the material should be relied promptly with your business lines should contact persons.

## DETAIL

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M-WH-50.00BP 92851PAG1 | 01/20/10 | 01/25/10 | BUY | 08 | 1,268,250.00 | 50.0000 | 0.00 | (634,125.00) | | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M-WH-50.00BP 92851PAG9 | 01/20/10 | 01/25/10 | BUY | 08 | 1,900,000.00 | 50.1250 | 0.00 | (952,375.00) | | |

U S DOLLAR CLOSING BALANCE •

UK POUND STERLING OPENING BALANCE

NO ACTIVITY

UK POUND STERLING CLOSING BALANCE •

KNIGHTHEAD MASTER FUND LP is comprised of account number(s) 0022253631, 0022254456, 0022337996, 0024416550, 023923821, 023944077

This material is not an official Goldman Sachs statement; if there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

PERIOD: Mar 02,2010
RUN DATE: Mar 03,2010 12:21 AM

PAGE 3 OF 4
BASE CURRENCY: USD

# Trade Date Activity

GLOBAL SECURITIES SERVICES

510

Goldman Sachs

## DETAIL

| ACTIVITY | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (0)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER/ DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|

**NEW MEXICAN PESO OPENING BALANCE**

NO ACTIVITY

**NEW MEXICAN PESO CLOSING BALANCE**  •

**U S DOLLAR OPENING BALANCE**

**U S DOLLAR  •  TRADE ACTIVITY**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR UEN H+H-50,000P 92851RAC1 | 03/02/10 | 03/05/10 | BUY | 06 | 1,800,000.00 | 46.2500 | 0.00 | (870,750.00) | | |

**U S DOLLAR  •  NON-TRADE ACTIVITY**

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

PERIOD: Mar 31,2010
RUN DATE: Apr 01,2010 12:57 AM

PAGE 3 OF 5
BASE CURRENCY: USD

# Trade Date Activity



This material is for your private information. [...] Goldman Sachs is not satisfying any action based upon it. This material is provided to you to assist in your management of the reference portfolio. This material contains information contained in your records and other [...] Goldman Sachs has no obligation to update or otherwise revise this material, which may not be complete, accurate or current and Goldman Sachs [...]

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|
| **HONG KONG DOLLAR OPENING BALANCE** | | | | | | | | | | |
| HONG KONG DOLLAR • NON-TRADE ACTIVITY | | | | | | | | | | |
| | | | | | | | | | | |
| **HONG KONG DOLLAR CLOSING BALANCE •** | | | | | | | | | | |
| **JAPANESE YEN OPENING BALANCE** | | | | | | | | | | |
| JAPANESE YEN • NON-TRADE ACTIVITY | | | | | | | | | | |
| **JAPANESE YEN CLOSING BALANCE •** | | | | | | | | | | |
| **NEW MEXICAN PESO OPENING BALANCE** | | | | | | | | | | |
| NEW MEXICAN PESO • NON-TRADE ACTIVITY | | | | | | | | | | |
| **NEW MEXICAN PESO CLOSING BALANCE •** | | | | | | | | | | |
| **US DOLLAR OPENING BALANCE** | | | | | | | | | | |
| US DOLLAR • TRADE ACTIVITY | | | | | | | | | | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD 35X10 SR1 USN M-H-450.00SP 92851RAC8 | 03/01/10 | 04/06/10 | BUY | 05 | 2,850,000.00 | 45.0000 | 0.00 | (1,282,500.00) | | |

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.



ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

Trade Date Activity

PERIOD: Jul 14, 2010
RUN DATE: Jul 15, 2010 10:28 AM

PAGE 3 OF 4
BASE CURRENCY: USD

GLOBAL
SECURITIES
SERVICES

5/10


Goldman Sachs

The material is for your own private information, and Goldman Sachs is not entering into any offers based upon it. This material is provided for your is under it your arrangement of the reference portfolio. The material contains information provided by ime and third parties, including pricing parties, which may not be complete, accurate or current and Goldman Sachs has no responsibility to update it. The values on this report are not necessarily the values used by Goldman Sachs for the purpose of making margin calls, etc. The values used by Goldman Sachs for margin calls, etc. The material is produced for your information only and is subject to change without notice. The material may be reflect positions as of the close of the prior business day or an intra-day point in time, and the values may not reflect current values. For information relating to your positions or the values of your positions, or for any other information relating to your account(s), please contact your Goldman Sachs contact persons. Securities positions are not held at Goldman Sachs or its affiliates unless noted with the current values.

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

## DETAIL

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER | REFERENCE # DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW MEXICAN PESO OPENING BALANCE** | | | | | | | | | | |
| NO ACTIVITY | | | | | | | | | | |
| | | | | | | | | | | |
| **NEW MEXICAN PESO CLOSING BALANCE** • | | | | | | | | | | |
| | | | | | | | | | | |
| **U S DOLLAR OPENING BALANCE** | | | | | | | | | | |
| **U S DOLLAR** • **TRADE ACTIVITY** | | | | | | | | | | |
| | | | | | | | | | | |
| VII HJ 3J.A Lht C:V. 8.625% 02/01/2012 USD SER B SR LIEN M+H+50.008P 828B11R4C1 | | 07/14/10 | SEP 8 BUY 07/19/10 | 08 | 1,906,000.00 | 46.7500 | 0.00 | (891,055.00) | | |
| **U S DOLLAR CLOSING BALANCE** • | | | | | | | | | | |
| | | | | | | | | | | |
| **UK POUND STERLING OPENING BALANCE** | | | | | | | | | | |

## CORPORATE OWNERSHIP STATEMENT

Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") incorporate the disclosure required under Bankruptcy Rule 7007.1, which provides that any corporation that is party to an adversary proceeding shall file a statement that identifies any corporation that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or otherwise states that there are no entities to report. Brookville Horizons Fund, L.P. (the "Petitioning Creditor") hereby submits that it is a limited partnership, and therefore is not subject to the disclosure requirements contained in Bankruptcy Rule 7007.1.

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief.

Date: November 17, 2010

BROOKVILLE HORIZONS FUND, L.P.

By: Brookville Horizons Fund GP, LLC

Name: T.A. McKinney
Title: Authorized Signatory

**Rule 1003 Statement Regarding Claims of**
**Brookville Horizons Fund, L.P.**

The undersigned hereby state that the claims totaling $2,000,000 held by Brookville

Horizons Fund, L.P. (the "Petitioning Creditor") against the company named in the attached

involuntary petition (the "Debtor") were acquired on July 29, 2010 for the approximate

consideration of $1,015,000 as reflected in the attached documents. Such claims are based on

the Petitioning Creditor's holdings of $9\frac{1}{8}\%$ Senior Notes due 2017. Such claims are based upon

principal only and are exclusive of interest, fees, costs and other charges. The Petitioning

Creditor acquired its claims on the open market for investment purposes and not for the purpose

of commencing a bankruptcy case against the Debtor.

Date: November 17, 2010

Brookville Horizons Fund, L.P.

By _____

Name *T.A. McKinney*

Title *Authorized Signatory*

From: EILEEN MCLOUGHLIN, JPMORGAN SECURITIES [mailto:em012103@bloomberg.net]
Sent: Thursday, July 29, 2010 4:50 PM
To: #DerivOps
Subject: ID : 92851RAD9 *Trade Ticket* As of Date: 7/29/2010

ID : 92851RAD9    *Trade Ticket* As of Date: 7/29/2010
TRDR/SLS   : CHRISTOPHER BOEGE        Settlement : 8/3/2010
SELLS      : 2M (M)                     ISSUER:VITRO SAB DE CV
Security   : VITROA 9 ⅛ 02/01/17
   Price   : 50.75          Yield:22.789252   Yield to: 2/1/2017   at 100.00


Notes :JPM SELL - BROOKVILLE A/C GS - THANKS

                                      {92851RAD9     CORP DES
<GO>}
Principal            USD       1,015,000.00
Accrued       (   0 days)              0.00
Transaction Costs                      0.00
Total                USD       1,015,000.00

** THIS TICKET GENERATED BY BLOOMBERG TOMS / POMS SYSTEM **
   To learn more about the BLOOMBERG Professional® service,
   http://www.bloomberg.com

## CORPORATE OWNERSHIP STATEMENT

Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") incorporate the disclosure required under Bankruptcy Rule 7007.1, which provides that any corporation that is party to an adversary proceeding shall file a statement that identifies any corporation that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or otherwise states that there are no entities to report. Davidson Kempner Distressed Opportunities Fund LP (the "Petitioning Creditor") hereby submits that it is a limited partnership, and therefore is not subject to the disclosure requirements contained in Bankruptcy Rule 7007.1.

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief.

Date:  November 17, 2010

<div style="margin-left:40%">

DAVIDSON KEMPNER DISTRESSED
OPPORTUNITIES FUND, LP

By: DK Group, LLC, its General Partner

Name:  Anthony A. Yoseloff
Title:  Managing Member

</div>

**Rule 1003 Statement Regarding Claims of**
**Davidson Kempner Distressed Opportunities Fund LP**

The undersigned hereby states that the claims totaling $11,637,000.00 held by Davidson Kempner Distressed Opportunities Fund LP (the "Petitioning Creditor") against the company named in the attached involuntary petition (the "Debtor") were acquired on various dates from June 23, 2010 to August 11, 2010 for the approximate consideration of $5,474,913.75 as reflected in the attached documents. Such claims are based on the Petitioning Creditor's holdings of $9\frac{1}{8}$% Senior Notes due 2017, $11\frac{3}{4}$% Senior Notes due 2013, and $8\frac{5}{8}$% Senior Notes due 2012. Such claims are based upon principal only and are exclusive of interest, fees, costs and other charges. The Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing a bankruptcy case against the Debtor.

Date: November 17, 2010

DAVIDSON KEMPNER DISTRESSED
OPPORTUNITIES FUND, LP

By: DK Group, LLC, its General Partner

Name: Anthony A. Yoseloff
Title:  Managing Member

J.P. MORGAN CHASE BANK, N.A.
NET EQUITY REPORT

DAVIDSON KEMPNER DISTRESSED

113-60246-17

| SEDOL | CUSIP | QUANTITY | DESCRIPTION | PRICE PER SHARE/BOND | MARKET VALUE | ACCRUED COUPON/INTEREST DIVIDEND | NET VALUE |
|---|---|---|---|---|---|---|---|
| B1GJHP1 | 92851RAD5 | 908,000.00000 | ***VITRO S A DE C V SR NT 11.7500   11/01/2013 | 49.2500 | 447,190.00 | 43,861.44 | 491,051.44 |
| | 92851RAC1 | 227,000.00000 | ***VITRO S A B DE C V  SR NT 8.6250   02/01/2012 | 49.2500 | 111,797.50 | 6,471.86 | 118,269.36 |
| | 92851RAD9 | 2,983,000.00000 | ***VITRO S A B DE C V SR NT | 49.2500 | 1,469,127.50 | 43,854.24 | 1,512,981.74 |

## Daily Margin Position Summary Report
### As of 09/28/2010

| Sec No / Sec Des | SYMBOL | CUSIP / ISIN | Previous Position | Quantity Bought | Sold | Closing Position | Closing Price | Market Value | Profit / Loss Cum | Daily |
|---|---|---|---|---|---|---|---|---|---|---|
| | REG T | | $325,542 MAINTENANCE | $325,542 | | NET MV | | 325,542 NET PL | 11,660 | 1,652 |
| 58BVXW7 ***VITRO S A B DE C V SR NT 02/01/17 9.1250 | | 92851RAD9 | (C) 6,858,000L | | 6,858,000L | | 49 1/4 | 3,377,565 | 160,861 | 17,145 |

© 2010  J.P. Morgan Clearing Corp.  All rights reserved.  This information is provided without warranties of any kind, either express or implied, including any implied warranties of accuracy, completeness, fitness for a particular purpose, or non-infringement.  Only confirmations and statements constitute the legal and official record of your account and its activity.

| Sec No / Sec Des | SYMBOL | CUSIP / ISIN | Previous Position | Quantity Bought | Sold | Closing Position | Closing Price | Market Value | Cum | Profit / Loss Daily |
|---|---|---|---|---|---|---|---|---|---|---|
| **5921042** | | 92851FAD5 | (C) | | | | | | | |
| ***TITRO S A DE C V SR RT** | | | 661,000L | | | 661,000L | 49 1/4 | 325,542 | 11,660 | 1,652 |
| 11/01/13 11.7500 | | | | | | | | | | |
| --- SETT. DATE POS --- | | | 661,000L | | | | | | | |

© 2010 J.P. Morgan Clearing Corp. All rights reserved. This information is provided without warranties of any kind, either express or implied, including any implied warranties of accuracy, completeness, fitness for a particular purpose, or non-infringement. Only confirmations and statements constitute the legal and official record of your account and its activity.

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which incorporate the disclosure required under Rule 7007.1 of the Bankruptcy Rules, Lord Abbett Bond Debenture Fund (the "Petitioning Creditor") hereby states that the following corporations directly or indirectly own 10% or more of any class of the Petitioning Creditor's equity interests as of the date hereof:

Edward Jones & Co. (on behalf of various beneficial owners)

MLPF&S For the Sole Benefit of Its Customers

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Date: **NOVEMBER 17** , 2010

LORD ABBETT BOND-DEBENTURE FUND, INC.

By _Lawrence H. Kaplan_
Name: Lawrence H. Kaplan
Title: Vice President & Secretary

**Rule 1003 Statement Regarding Claims of**
**Lord Abbett Bond-Debenture Fund, Inc.**

The undersigned hereby state that the claims totaling $20,000,000.00 held by Lord

Abbett Bond Debenture Fund (the "Petitioning Creditor") against the company named in the

attached involuntary petition (the "Debtor") were acquired on various dates from January 25,

2007 to November 6, 2007 for the approximate consideration of $20,294,881.25 as reflected in

the attached documents. Such claims are based on the Petitioning Creditor's holdings of 9⅛%

Senior Notes due 2017. Such claims are based upon principal only and are exclusive of interest,

fees, costs and other charges. The Petitioning Creditor acquired its claims on the open market for

investment purposes and not for the purpose of commencing a bankruptcy case against the

Debtor.

Date: NOVEMBER 17 , 2010

LORD ABBETT BOND-DEBENTURE FUND, INC.

By _Lawrence H Kaplan_
Name: Lawrence H. Kaplan
Title:  Vice President & Secretary

## TRANSACTION ADVICE

TRANS NO.: 4283193
VENDOR TRANS NO.: 10846020070518

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:      FDB1
BROKER/DEALER: Lehman Brothers

Security ID:         92851RAB3              TRADE DATE:   05/18/2007
                                            SETTLEMENT DATE:     05/23/2007

SECURITY DESCRIPTION                        PURCHASE

Vitro S.A.                                  UNITS:                    1,400,000.00
144A NCV 9.125% 02/01/2017                  PRICE:                     105.375000
9 1/8 Due 2/1/2017 FA1                      PRINCIPAL                1,475,250.00
Dated Code:   Normal                        ACCRUED INTEREST:           39,744.44
Dated Date:    02/01/2007                   COMMISSION:                      0.00
                                            FEES                             0.00

                                            CASH: USD                1,514,994.44

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____          _____

Authorized Signature                     Authorized Signature


Date:      09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4271635
VENDOR TRANS NO.: 10393320070514

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:              Lord Abbett Bond Debenture Fund, Inc.
Account No.:    FDB1
BROKER/DEALER: Lehman Brothers

Security ID:       92851RAB3           TRADE DATE:  05/14/2007
                                       SETTLEMENT DATE:    05/17/2007


SECURITY DESCRIPTION                   PURCHASE

Vitro S.A.                             UNITS:                  1,600,000.00
144A NCV 9.125% 02/01/2017             PRICE:                    104.550000
9 1/8 Due 2/1/2017 FA1                 PRINCIPAL:              1,672,800.00
Dated Code:   Normal                   ACCRUED INTEREST:          42,988.89
Dated Date:    02/01/2007              COMMISSION:                     0.00
                                       FEES                            0.00

                                       CASH: USD               1,715,788.89

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                   Authorized Signature


Date:    09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4226333
VENDOR TRANS NO.: 9207620070425

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:              Lord Abbett Bond Debenture Fund, Inc.
Account No.:     FDB1
BROKER/DEALER: Barclay Investments

Security ID:       92851RAB3              TRADE DATE:   04/25/2007
                                          SETTLEMENT DATE:    04/30/2007


SECURITY DESCRIPTION              PURCHASE

Vitro S.A.                        UNITS:                    925,000.00
144A NCV 9.125% 02/01/2017        PRICE:                   105.000000
9 1/8 Due 2/1/2017 FA1            PRINCIPAL                 971,250.00
Dated Code:   Normal              ACCRUED INTEREST:          20,867.10
Dated Date:    02/01/2007         COMMISSION:                     0.00
                                  FEES                            0.00

                                  CASH: USD                 992,117.10

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____     _____

Authorized Signature                  Authorized Signature


Date:    09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4225704
VENDOR TRANS NO.: 9179720070424

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:      FDB1
BROKER/DEALER: Credit Suisse Algo

Security ID:        92851RAB3          TRADE DATE:   04/24/2007
                                       SETTLEMENT DATE:    04/27/2007

SECURITY DESCRIPTION                   PURCHASE

Vitro S.A.                             UNITS:                        900,000.00
144A NCV 9.125% 02/01/2017             PRICE:                        104.750000
9 1/8 Due 2/1/2017 FA1                 PRINCIPAL                     942,750.00
Dated Code:   Normal                   ACCRUED INTEREST:              19,618.75
Dated Date:    02/01/2007              COMMISSION:                         0.00
                                       FEES                                0.00

                                       CASH: USD                     962,368.75

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                   Authorized Signature


Date:      09/23/2010

<center>TRANSACTION ADVICE</center>

TRANS NO.: 4205928
VENDOR TRANS NO.: 8872620070417

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:              Lord Abbett Bond Debenture Fund, Inc.
Account No.:     FDB1
BROKER/DEALER: Morgan Stanley

Security ID:        92851RAB3          TRADE DATE:   04/17/2007
                                       SETTLEMENT DATE:    04/20/2007

SECURITY DESCRIPTION                   PURCHASE

Vitro S.A.                             UNITS:                    1,375,000.00
144A NCV 9.125% 02/01/2017             PRICE:                     103.750000
9 1/8 Due 2/1/2017 FA1                 PRINCIPAL:               1,426,562.50
Dated Code:   Normal                   ACCRUED INTEREST:           27,533.42
Dated Date:    02/01/2007              COMMISSION:                      0.00
                                       FEES                             0.00

                                       CASH: USD                 1,454,095.92

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____          _____
Authorized Signature                 Authorized Signature


Date:      09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4163926
VENDOR TRANS NO.: 7623420070330

DATE:    09/23/2010

To:   State Street Bank
      1200 Crown Colony Drive
      Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                  Lord Abbett Bond Debenture Fund, Inc.
Account No.:      FDB1
BROKER/DEALER: Morgan Stanley

Security ID:        92851RAB3          TRADE DATE:   03/30/2007
                                       SETTLEMENT DATE:      04/04/2007


SECURITY DESCRIPTION                   PURCHASE

Vitro S.A.                             UNITS:                   1,475,000.00
144A NCV 9.125% 02/01/2017             PRICE:                    102.625000
9 1/8 Due 2/1/2017 FA1                 PRINCIPAL                1,513,718.75
Dated Code:   Normal                   ACCRUED INTEREST:           23,553.91
Dated Date:   02/01/2007               COMMISSION:                      0.00
                                       FEES                             0.00

                                       CASH: USD                1,537,272.66

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____          _____
Authorized Signature               Authorized Signature


Date:      09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4159314
VENDOR TRANS NO.: 7475020070328

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                Lord Abbett Bond Debenture Fund, Inc.
Account No.:      FDB1
BROKER/DEALER: Credit Suisse Algo

Security ID:      92851RAB3            TRADE DATE:   03/28/2007
                                       SETTLEMENT DATE:     04/02/2007

SECURITY DESCRIPTION                   PURCHASE

Vitro S.A.                             UNITS:                    1,500,000.00
144A NCV 9.125% 02/01/2017             PRICE:                     102.500000
9 1/8 Due 2/1/2017 FA1                 PRINCIPAL                 1,537,500.00
Dated Code:   Normal                   ACCRUED INTEREST:            23,192.71
Dated Date:    02/01/2007              COMMISSION:                        0.00
                                       FEES                               0.00

                                       CASH: USD                 1,560,692.71

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                   Authorized Signature


Date:     09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4156184
VENDOR TRANS NO.: 7414220070326

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                Lord Abbett Bond Debenture Fund, Inc.
Account No.:    FDB1
BROKER/DEALER: UBS Securities Inc.

Security ID:        92851RAB3            TRADE DATE:   03/26/2007
                                         SETTLEMENT DATE:    03/29/2007

SECURITY DESCRIPTION                     PURCHASE

Vitro S.A.                               UNITS:                    2,000,000.00
144A NCV 9.125% 02/01/2017               PRICE:                     102.625000
9 1/8 Due 2/1/2017 FA1                   PRINCIPAL                2,052,500.00
Dated Code:   Normal                     ACCRUED INTEREST:           29,402.78
Dated Date:    02/01/2007                COMMISSION:                      0.00
                                         FEES                             0.00

                                         CASH: USD                 2,081,902.78

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____
Authorized Signature                   Authorized Signature


Date:     09/23/2010

<p style="text-align:center">TRANSACTION ADVICE</p>

TRANS NO.: 4003261
VENDOR TRANS NO.: 3568520070125

DATE:     09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:       FDB1
BROKER/DEALER:  Morgan Stanley

Security ID:         92851RAB3            TRADE DATE:   01/25/2007
                                          SETTLEMENT DATE:       02/01/2007


SECURITY DESCRIPTION                      PURCHASE

Vitro S.A.                                UNITS:                  6,325,000.00
144A NCV 9.125% 02/01/2017                PRICE:                    98.400000
9 1/8 Due 2/1/2017 FA1                    PRINCIPAL               6,223,800.00
Dated Code:   Normal                      ACCRUED INTEREST:               0.00
Dated Date:     02/01/2007                COMMISSION:                     0.00
                                          FEES                            0.00

                                          CASH: USD               6,223,800.00

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____          _____

Authorized Signature               Authorized Signature


Date:      09/23/2010

<div align="center">TRANSACTION ADVICE</div>

TRANS NO.: 4648563
VENDOR TRANS NO.: 21508320071106

DATE:     09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:      FDB1
BROKER/DEALER:  Barclay Investments

| | | |
|---|---|---|
| Security ID:      92851RAD9 | TRADE DATE:   11/06/2007 | |
| | SETTLEMENT DATE:     11/09/2007 | |

| SECURITY DESCRIPTION | PURCHASE | |
|---|---|---|
| Vitro S.A. | UNITS: | 1,500,000.00 |
| NCV 9.125% 02/01/2017 | PRICE: | 98.750000 |
| 9 1/8 Due 2/1/2017 FA1 | PRINCIPAL | 1,481,250.00 |
| Dated Code:   Normal | ACCRUED INTEREST: | 37,260.42 |
| Dated Date:     08/01/2007 | COMMISSION: | 0.00 |
| | FEES | 0.00 |
| | CASH: USD | 1,518,510.42 |

BK ACCT CURR:
FUNC. FX RATE: USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                    Authorized Signature


Date:      09/23/2010

<center>TRANSACTION ADVICE</center>

TRANS NO.: 4633458
VENDOR TRANS NO.: 21197120071031

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:       FDB1
BROKER/DEALER: Barclay Investments

Security ID:        92851RAD9           TRADE DATE:   10/31/2007
                                        SETTLEMENT DATE:      11/05/2007

SECURITY DESCRIPTION                    PURCHASE

Vitro S.A.                              UNITS:                1,000,000.00
NCV 9.125% 02/01/2017                   PRICE:                   99.750000
9 1/8 Due 2/1/2017 FA1                  PRINCIPAL                997,500.00
Dated Code:   Normal                    ACCRUED INTEREST:         23,826.39
Dated Date:    08/01/2007               COMMISSION:                    0.00
                                        FEES                           0.00

                                        CASH: USD             1,021,326.39

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                   Authorized Signature


Date:     09/23/2010