# EXHIBIT "A"

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549



# VITRO, S.A.B. DE C.V.

FORM 6-K

Report of Foreign Issuer
Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934

For the month of September, 2010

(Filed September 8, 2010)

N/A
(Translation of Registrant's Name into English)

Av. Ricardo Margain Zozaya 400
Garza Garcia, NL
66250 Mexico
(52) 8863-1200
(Address of Principal Executive Office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F

Form 20-F [ X ] Form 40-F [ ]

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): [ ]

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 107(b)(7): [ ]

Indicate by check mark whether the registrant by furnishing the information contained in this form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934

Yes [ ] No [ X ]

**CONTENTS**

Documents Attached:

* Press Information dated September 8, 2010

# Release

# Vitro files Form 15F to deregister in United States under the Securities Exchange Act

**San Pedro Garza Garcia, Nuevo Leon, Mexico, September 01, 2010** - Vitro S.A.B. de C.V. ("Vitro" or the "Company") (BMV: VITROA) announced today that it has filed a Form 15F with the U.S. Securities and Exchange Commission (the "SEC") with the intention to deregister its American Depositary Shares (the "ADRs"), Vitro's 8.625% Senior Notes due 2012, Vitro's 11.75% Senior Notes due 2013 and Vitro's 9.125% Senior Notes due 2017 (collectively, the "Notes"), and terminate its reporting obligations under Section 12(g) of the Securities Exchange Act of 1934 (the "Exchange Act").

As previously announced, Vitro delisted its ADRs from the New York Stock Exchange and terminated its ADR facility as of August 24, 2009.

Vitro is already eligible to suspend its Exchange Act reporting requirements as it complies with the rules of the Exchange Act given that there are no remaining holders of Vitro ADRs and each class of Notes are held of record by less than 300 persons on a worldwide basis.

If the SEC has no objection, the deregistration and termination of reporting obligations will become effective not later than 90 days after the filing. Upon filing of the Form 15-F, Vitro's reporting obligations with the SEC will be suspended until the deregistration is effective. However, Vitro will continue to provide information to the Mexican Stock Exchange and will make such information available on its website.

The shares representing Vitro's capital stock will continue trading on the Mexican Stock Exchange.

*Vitro, S.A.B. de C.V. (BMV: VITRO A), is the leading glass manufacturer in Mexico and one of the largest glass manufacturers in the world backed by more than 100 years of experience. Through our subsidiary companies we offer products with the highest quality standards and reliable services to satisfy the needs of two distinct business sectors: glass containers and flat glass. Our manufacturing facilities produce, process, distribute and sell a wide range of glass products that form part of the everyday lives of millions of people as well as offering excellent solutions to multiple industries that include: wine, beer, cosmetic, pharmaceutical, food and beverage, as well as the automotive and construction industries. In addition, we supply raw materials, machinery and industrial equipment to different industries. We constantly strive to improve the quality of life of our employees and of the communities in which we operate by generating employment and economic prosperity based on our focus on quality and continuous improvement, as well as through our ongoing efforts to promote sustainable development. Located in Monterrey, Mexico, and founded in 1909, Vitro currently has major facilities and a broad distribution network in 10 countries in the Americas and Europe with products that can be found throughout all around the world. For more information Vitro's website can be accessed at: http://www.vitro.com*

---

*This announcement contains statements about future events regarding Vitro, S.A.B. de C.V. and its Subsidiaries (collectively the "Company"). While the Company believes that forward-looking statements are based on reasonable assumptions, all such statements reflect the current views of the Company with respect to future events and are subject to certain risks and uncertainties that could cause actual results to differ*

*materially from those contemplated in this report. Many factors could cause the actual results, performance or achievements of the Company to be materially different from any future results, performance or achievements that may be expressed or implied by such forward-looking statements. The Company does not assume any obligation, to and will not update these forward-looking statements.*

**For more information, please contact:**

| Investor Relations | U.S. Agency | Media Relations |
|---|---|---|
| Adrian Meouchi / Carlos Garza Vitro S.A.B. de C.V. + 52 (81) 8863-1765 / 1730 ameouchi@vitro.com cgarza@vitro.com | Susan Borinelli / Barbara Cano Breakstone Group (646) 330-5907 sborinelli@breakstone-group.com bcano@breakstone-group.com | Albert Chico / Roberto Riva Palacio Vitro S.A.B. de C.V. + 52 (81) 8863-1661 / 1689 achico@vitro.com rriva@vitro.com |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on it's behalf by the undersigned, thereunto duly authorized.

VITRO, S.A.B. DE C.V.

By  /s/ Claudio L. Del Valle Cabello
Name: Claudio L. Del Valle Cabello
Title: Attorney in Fact

Date: September 8, 2010

# EXHIBIT "B"

File No. 1-10905

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549



FIRST CENTURY

# VITRO, S.A.B. DE C.V.

FORM 6-K

Report of Foreign Issuer
Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934

For the month of January, 2010

(Filed January 4, 2010)

N/A
(Translation of Registrant's Name into English)

Av. Ricardo Margain Zozaya 400
Garza Garcia, NL
66250 Mexico
(52) 8863-1200
(Address of Principal Executive Office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F

Form 20-F [ X ] Form 40-F [ ]

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): [ ]

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 107(b)(7): [ ]

Indicate by check mark whether the registrant by furnishing the information contained in this form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934

Yes [ ] No [ X ]

**CONTENTS**

Documents Attached:

* Press Information dated January 4, 2010

# Release

# Vitro receives Notice of Acceleration for Senior Notes due 2012 and 2017

**San Pedro Garza Garcia, Nuevo Leon, Mexico, January 4, 2010 - Vitro S.A.B. de C.V. ("Vitro" or the "Company") (BMV: VITROA),** announced that today it received, from a group of its bondholders, a Notice of Acceleration of payment for the Senior Notes due 2012 (the "2012 Notes") and the Senior Notes due 2017 (the "2017 Notes" and together with the 2012 Notes the "Senior Notes"). The notice was delivered to the Company and to the Bank of New York, as trustee of the 2012 Notes and the 2017 Notes.

As per Vitro's Indentures for these Senior Notes, a minority group of at least twenty five percent of the bond holders may request the Notice of Acceleration, which is considered a standard operating procedure when an issuer is in default. The Notices received by the Company did not contain information as to whether the signatories hold twenty five or more of each of the relevant Senior Notes; therefore, the Company is requesting further information from the signatories regarding their holdings. The outstanding principal amount of the Senior Notes, as of today is $1 billion dollars.

The Company has not received any notice of acceleration with regard to its other public senior notes, which are due in 2013, in the outstanding principal amount as of today of $216 million ("2013 Notes").

This Acceleration was anticipated by the Company and does not in any way impact Vitro's ability to continue to operate in the normal course. As the Company previously announced, recent real estate transaction and the refinancing of a trade receivable program have increased the Company's unrestricted cash position to more than $175 million dollars as of December 31, 2009. These liquidity enhancements were implemented to further strengthen Vitro's operations while continuing serving its clients with high quality products. Vitro remains focused on its balance sheet restructuring efforts and will continue its negotiations with its bondholders. The Company remains firmly committed to a restructuring process that will resolve its balance sheet challenges.

*Vitro, S.A.B. de C.V. (BMV: VITROA), is one of the largest glass manufacturers in the world backed by 100 years of experience. Through our subsidiary companies we offer products with the highest quality standards and reliable services to satisfy the needs of two distinct business sectors: glass containers and flat glass. Our manufacturing facilities produce, process, distribute and sell a wide range of glass products that form part of the everyday lives of millions of people as well as offering excellent solutions to multiple industries that include: wine, beer, cosmetic, pharmaceutical, food and beverage, as well as the automotive and construction industry. In addition, we supply raw materials, machinery and industrial equipment to different industries. We constantly strive to improve the quality of life of our employees, as well as the communities where we operate, by generating employment and economic prosperity given our permanent focus on quality and continuous improvement, as well as through our consistent efforts to promote sustainable development. Located in Monterrey, Mexico, and founded in 1909, Vitro currently has major facilities and a broad distribution network in ten countries in the Americas and Europe and the Company's products can be found all around the world. For more information, you can access Vitro's Website at: http://www.vitro.com*

*For more information, please contact:*

| *Investor Relations* | *U.S. Agency* | *Media Relations* |
|---|---|---|
| *Adrian Meouchi / Carlos Garza* | *Susan Borinelli / Barbara Cano* | *Albert Chico / Roberto Riva Palacio* |
| *Vitro S.A.B. de C.V.* | *Breakstone Group* | *Vitro, S. A. B. de C.V.* |
| *+ (52) 81-8863-1765 / 1730* | *(646) 330-5907* | *+52 (81) 8863-1661/1689* |
| *ameouchi@vitro.com* | *sborinelli@breakstone-group.com* | *achico@vitro.com* |
| *cgarza@vitro.com* | *bcano@breakstone-group.com* | *rriva@vitro.com* |

## SIGNATURES

*Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on it's behalf by the undersigned, thereunto duly authorized.*

*VITRO, S.A.B. DE C.V.*

*By  /s/ Claudio L. Del Valle Cabello*
*Name: Claudio L. Del Valle Cabello*
*Title: Attorney in Fact*

*Date: January 4, 2010*

# EXHIBIT "C"

WHITE & CASE

White & Case LLP                          Tel  + 1 305 371 2700
Wachovia Financial Center, Suite 4900      Fax  + 1 305 358 5744/5766
200 South Biscayne Boulevard               www.whitecase.com
Miami, Florida 33131-2352

September 1, 2010

VIA EMAIL AND EXPRESS MAIL

Dennis Dunne, Esq.
Howard Kelberg, Esq.
Risa Rosenberg, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

   Re: 8.625% Senior Notes due 2012 (the "2012 Notes"), 11.75% Senior Notes due
     2013 (the "2013 Notes"), and the 9.125% Senior Notes due 2017 (the "2017
     Notes", and together with the 2012 Notes and 2013 Notes, the "Notes") issued by
     Vitro S.A.B. de C.V. ("Vitro" or the "Company")

Dear Counsel:

   As you are aware, we represent the Ad Hoc Committee of Vitro Noteholders (the
"Noteholders"), which includes the steering committee of the Noteholders (the "Steering
Committee"), who are holders and advisors to holders of the Notes.

   On Monday, certain members of the Steering Committee were contacted by David
Martinez of Fintech Advisory (collectively with its affiliates, "Fintech"), who informed them that
Fintech had purchased the derivatives-related claims of Citibank, Merrill Lynch, Deutsche Bank,
Barclays, and Credit Suisse (collectively, the "Derivatives Claims"), which were the subject of
five separate actions (the "New York Actions") commenced in the Supreme Court of the State of
New York (the "New York Court").   We are in receipt of the various stipulations for
"discontinuances without prejudice" entered by the Company and holders of the Derivatives
Claims filed with the New York Court (collectively, the "Stipulations").   Copies of those
Stipulations are attached hereto. Mr. Martinez stated the face amount of the Derivatives Claims
acquired by Fintech is approximately $176 million. It is our understanding that Fintech has not
yet acquired the derivatives-related claims of Calyon.

   Mr. Martinez also stated to certain Steering Committee members that Fintech and the
Company had agreed to a settlement of the Derivatives Claims providing, among other things,
that Fintech would receive a new Mexican promissory note issued by Vitro and/or its affiliates
and guaranteed by certain of Vitro's subsidiaries (collectively, the "New Vitro Debt") in

ABU DHABI ALMATY ANKARA BEIJING BERLIN BRATISLAVA BRUSSELS BUCHAREST BUDAPEST DOHA DÜSSELDORF FRANKFURT
GENEVA HAMBURG HELSINKI HONG KONG ISTANBUL JOHANNESBURG LONDON LOS ANGELES MEXICO CITY MIAMI MOSCOW MUNICH
NEW YORK PALO ALTO PARIS PRAGUE RIYADH SÃO PAULO SHANGHAI SINGAPORE STOCKHOLM TOKYO WARSAW WASHINGTON, DC

MIAMI 884847 (2K)

**WHITE & CASE**

September 1, 2010

exchange for the Derivatives Claims. According to Mr. Martinez, the effect of such transaction would be to elevate the Derivatives Claims (in the form of the New Vitro Debt) to rank senior to or pari passu with the Notes, notwithstanding the fact that the Derivatives Claims are neither senior to nor, to a significant extent, pari passu with the Notes. As reflected in the records of the New York Actions, the Derivatives Claims are primarily against VENA with very limited, if any, claims against Vitro and its other subsidiaries. In contrast, the Notes were issued by Vitro and guaranteed by more than 50 direct and indirect subsidiaries of Vitro.

As you are aware, the Company is insolvent -- having been in default on payment of interest on the Notes (in the principal amount of over US$1.2 billion) for more than 18 months. Additionally, the Notes have been accelerated, thereby making all principal and accrued interest immediately due and payable. Accordingly, there is no question the creation of the New Vitro Debt constitutes, among other things, a fraudulent transfer avoidable under applicable law. Moreover, we believe this transaction and its intended effect (as described by Mr. Martinez) creates claims under applicable law against all participants to this transaction, including the management and controlling shareholders of the Company.

The Steering Committee hereby demands that the Company immediately make full and complete disclosure of the terms and conditions of the Stipulations and the New Vitro Debt including, without limitation, any and all agreements between Vitro (or any of its direct or indirect subsidiaries) and Fintech (or any of its principals or affiliates) relating to the Derivatives Claims or the New Vitro Debt. If the Company fails to make the foregoing disclosure, the Steering Committee reserves its right to do so itself.

All rights and remedies of the Noteholders and the Steering Committee are hereby fully reserved.

Sincerely,

John K. Cunningham

cc:    Richard Cooper, Esq. (via electronic mail)

MIAMI 884847 (2K)

FILED: NEW YORK COUNTY CLERK 08/27/2010 Page 12 of 26

NYSCEF DOC. NO. 36

INDEX NO. 600521/2009

RECEIVED NYSCEF: 08/27/2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BARCLAYS BANK PLC,

                Plaintiff,

       - against -

VITRO ENVASES NORTEAMERICA, S.A. DE C.V.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 600521/2009

STIPULATION

       IT IS HEREBY STIPULATED by the parties to this action, through their undersigned counsel of record, that, whereas no party to this action is an infant, an incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has an interest in the subject matter of this action other than Fintech Investments Ltd., which by its signature below consents to the discontinuance of this action, that this action, including appeals, shall be and hereby is, DISCONTINUED WITHOUT PREJUDICE pursuant to CPLR 3217(a)(2), without costs, disbursements or fees except as otherwise agreed by the parties.

Dated:   August 27, 2010

_Robert Rivera, Jr._ / _ee_

Robert Rivera, Jr.
Susman Godfrey, LLP
654 Madison Ave., 5th Floor
New York, NY 10065
212/336-8335
RRIVERA@SusmanGodfrey.com
*Attorneys for Vitro Envases Norteamerica S.A. de C.V.*

Joseph De Simone
Michael L. Simes
Shaila S. Rahman
Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212) 506-2500
*Attorneys for Barclays Bank PLC*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BARCLAYS BANK PLC,

            Plaintiff,

     - against -                            Index No. 600521/2009

VITRO ENVASES NORTEAMERICA, S.A. DE C.V.,      STIPULATION

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED by the parties to this action, through their undersigned counsel of record, that, whereas no party to this action is an infant, an incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has an interest in the subject matter of this action other than Fintech Investments Ltd., which by its signature below consents to the discontinuance of this action, that this action, including appeals, shall be and hereby is, DISCONTINUED WITHOUT PREJUDICE pursuant to CPLR 3217(a)(2), without costs, disbursements or fees except as otherwise agreed by the parties.

Dated:   August 27, 2010

_____
Robert Rivera, Jr.
Susman Godfrey, LLP
654 Madison Ave., 5th Floor
New York, NY 10065
212/336-8335
RRIVERA@SusmanGodfrey.com
*Attorneys for Vitro Envases Norteamerica S.A. de C.V.*

_____
Joseph De Simone
Michael L. Simes
Shaila S. Rahman
Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212) 506-2500
*Attorneys for Barclays Bank PLC*

Julio Herrera
Fintech Investments Ltd.
c/o    375 Park Avenue
38th Floor
New York, NY 10152
(212) 593-3550

*Pro se*

FILED: NEW YORK COUNTY CLERK 08/27/2010   INDEX NO. 600376/2009

NYSCEF DOC. NO. 34                                           RECEIVED NYSCEF: 08/27/2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

————————————————————————— x
CITIBANK, N.A.,                                       :
                                                     :   Index No. 09-600376
                             Plaintiff,              :
                                                     :   IAS Part 56
          - against -                                :
                                                     :   Justice Richard B. Lowe III
COMPAÑIA VIDRIERA, S.A. de C.V., VITRO,               :
S.A.B. de C.V., VITRO ENVASES                         :   **STIPULATION**
NORTEAMÉRICA, S.A. de C.V., VIDRIERA                  :
MEXICALI, S.A. de C.V., VIDRIERA MÉXICO,              :
S.A. de C.V., and VIDRIERA MONTERREY, S.A.            :
de C.V.,                                              :
                                                     :
                             Defendants.             :
————————————————————————— x

        IT IS HEREBY STIPULATED by the parties to this action, through their

undersigned counsel of record, that, whereas no party to this action is an infant, an incompetent

person for whom a committee has been appointed, or a conservatee, and no person not a party

has an interest in the subject matter of this action other than Fintech Investments Ltd., which by

its signature below consents to the discontinuance of this action, that this action, including

appeals, shall be and hereby is, DISCONTINUED WITHOUT PREJUDICE pursuant to

CPLR 3217(a)(2), without costs, disbursements or fees except as otherwise agreed by the parties.

Dated:   August 27, 2010

_Robert Rivera Jr._                              _Marjorie E Sheldon_
Robert Rivera, Jr.                               Marjorie E. Sheldon
Susman Godfrey, LLP                              Kramer Levin Naftalis & Frankel LLP
654 Madison Ave., 5th Floor                      1177 Avenue of the Americas
New York, NY 10065                               New York, NY 10036
(212) 336-8335                                   (212) 715-9100
rrivera@susmangodfrey.com                        msheldon@kramerlevin.com
*Attorneys for Compañia Vidriera, S.A.*          *Attorneys for Citibank, N.A.*
*de C.V., Vitro, S.A.B. de C.V., Vitro*
*Envases Norteamérica, S.A. de C.V.,*
*Vidriera Mexicali, S.A. de C.V., Vidriera*
*México, S.A. de C.V., Vidriera Monterrey, S.A. de C.V.*

**[SIGNATURES CONTINUE ON NEXT PAGE]**

_____

Julio Herrera

c/o   Fintech Investments Ltd.
      375 Park Avenue
      38th Floor
      New York, New York 10152
      (212) 593-3550

_Pro se_

2

FILED: NEW YORK COUNTY CLERK 08/27/2010          INDEX NO. 600298/2009
NYSCEF DOC. NO. 35                                RECEIVED NYSCEF: 08/27/2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------x
CREDIT SUISSE INTERNATIONAL,

              Plaintiff,

     - against -

VITRO ENVASES NORTEAMERICA, S.A.
DE C.V.,

             Defendant.

-------------------------------------------x

Index No. 600298/2009

IAS Part 56
Hon. Richard B. Lowe III

**STIPULATION**

    IT IS HEREBY STIPULATED by the parties to this action, through their

undersigned counsel of record, that, whereas no party to this action is an infant, an incompetent

person for whom a committee has been appointed, or a conservatee, and no person not a party

has an interest in the subject matter of this action other than Fintech Investments Ltd., which by

its signature below consents to the discontinuance of this action, that this action, including

appeals, shall be and hereby is, DISCONTINUED WITHOUT PREJUDICE pursuant to CPLR

3217(a)(2), without costs, disbursements or fees except as otherwise agreed by the parties.

Dated:  August 27, 2010

Robert Rivera, Jr.
Susman Godfrey, LLP
654 Madison Ave., Fifth Floor
New York, NY 10065
212-336-8335
rrivera@susmangodfrey.com
*Counsel for Vitro Envases
Norteamerica S.A. de C.V.*

Karen E. Wagner
karen.wagner@davispolk.com
Thomas P. Ogden
thomas.ogden@davispolk.com
Karen Luftglass
karen.luftglass@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212-450-4000
*Counsel for Credit Suisse International*

1

c/o    Julio Herrera
Fintech Investments Ltd.
375 Park Avenue
38th Floor
New York, New York 10152
(212) 593-3550

*Pro se*

FILED: NEW YORK COUNTY CLERK 08/30/2010 INDEX NO. 600612/2009
NYSCEF DOC. NO. 43 RECEIVED NYSCEF: 08/27/2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DEUTSCHE BANK AG,

      Plaintiff,

  -against-

VITRO ENVASES NORTEAMÉRICA, S.A. de C.V.,
VITRO, S.A.B. de C.V., and
COMPAÑÍA VIDRIERA, S.A. de C.V.,

        Defendants.

Index No: 600612/09

Justice Richard B. Lowe III

IAS Part 56

**STIPULATION**

   IT IS HEREBY STIPULATED by the parties to this action, through their undersigned counsel of record, that, whereas no party to this action is an infant, an incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has an interest in the subject matter of this action other than Fintech Investments Ltd., which by its signature below consents to the discontinuance of this action, that this action, including appeals, shall be and hereby is, DISCONTINUED WITHOUT PREJUDICE pursuant to CPLR 3217(a)(2), without costs, disbursements or fees except as otherwise agreed by the parties.

Dated: August 27, 2010

Robert Rivera, Jr.
Susman Godfrey, LLP
654 Madison Ave., 5th Floor
New York, NY 10065
(212) 336-8335
rrivera@SusmanGodfrey.com
*Attorneys for Defendants*

Kenneth A. Caruso
Bracewell & Giuliani LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 508-6100
kenneth.caruso@bgllp.com
*Attorneys for Plaintiff*

Julio Herrera
Fintech Investments Ltd.
C/O 375 Park Avenue
38th Floor
New York, New York 10152
(212) 593 3550

*Pro se*

INDEX NO. 600634/2009

NYSCEF DOC. NO. 34

RECEIVED NYSCEF: 08/27/2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MERRILL LYNCH CAPITAL SERVICES, INC.,

              Plaintiff,

      - against -

VITRO ENVASES NORTEAMERICA, S.A. DE C.V.
and COMPAÑIA VIDIERA, S.A. DE C.V.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 600634/2009

STIPULATION

    IT IS HEREBY STIPULATED by the parties to this action, through their undersigned counsel of record, that, whereas no party to this action is an infant, an incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has an interest in the subject matter of this action other than Fintech Investments Ltd., which by its signature below consents to the discontinuance of this action, that this action, including appeals, shall be and hereby is, DISCONTINUED WITHOUT PREJUDICE pursuant to CPLR 3217(a)(2), without costs, disbursements or fees except as otherwise agreed by the parties.

Dated:   August 27, 2010

_____
Robert Rivera, Jr.
Susman Godfrey, LLP
654 Madison Ave., 5th Floor
New York, NY 10065
(212) 336-8335
rrivera@SusmanGodfrey.com
*Attorneys for Vitro Envases Norteamerica S.A.
de C.V. and Compañia Vidriera, S.A. de C.V.*

_____
Andrew B. Kratenstein
McDermott Will & Emery LLP
160 Madison Avenue
New York, NY 100173-1922
(212) 547-5695
akratenstein@mwe.com
*Attorneys for Merrill Lynch Capital
Services, Inc.*

Julio Herrera
c/o    Fintech Investments Ltd.
375 Park Avenue
38th Floor
New York, New York 10152
(212) 593 3550

*Pro se*

# EXHIBIT "D"

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549



# VITRO, S.A.B. DE C.V.

FORM 6-K

Report of Foreign Issuer
Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934

For the month of September, 2010

(Filed September 07, 2010)

N/A
(Translation of Registrant's Name into English)

Av. Ricardo Margain Zozaya 400
Garza Garcia, NL
66250 Mexico
(52) 8863-1200
(Address of Principal Executive Office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F

Form 20-F [ X ] Form 40-F [ ]

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): [ ]

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 107(b)(7): [ ]

Indicate by check mark whether the registrant by furnishing the information contained in this form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934

Yes [ ] No [ X ]

**CONTENTS**

Documents Attached:

\* Press Information dated September 07, 2010

# Release

## Vitro Signs Settlement Agreements with all Derivative Counterparties

**San Pedro Garza Garcia, Nuevo Leon, Mexico, September 07, 2010** - Vitro S.A.B. de C.V. ("Vitro" or the "Company") (BMV: VITROA) announced today that it has signed settlement agreements (the "Settlements") with all derivative counterparties.

As previously announced, Vitro reached an agreement to settle the amount related to derivative financial instruments ("DFIs") with Calyon, London Branch ("Calyon").

In addition, the Company reached a settlement agreement with Fintech Investments Ltd. ("Fintech"), the firm that recently acquired the DFIs claims, previously owned by Credit Suisse International, Deutsche Bank AG, London Branch, Merrill Lynch Capital Services, Citibank, N.A., Barclays Bank, PLC and Cargill, Incorporated.

The amount of the settlement agreed with Calyon and Fintech is US$63.4 MM and US$176.9 MM, respectively, for a total amount of US$240.3 MM recognized by the Company.

As a result of these Settlements, all of the lawsuits related with the DFIs have been dismissed.

Vitro remains committed to a consensual restructuring process and is working diligently to finalize and launch its Consent Solicitation as quickly as possible.

*Vitro, S.A.B. de C.V. (BMV: VITRO A), is the leading glass manufacturer in Mexico and one of the largest glass manufacturers in the world backed by more than 100 years of experience. Through our subsidiary companies we offer products with the highest quality standards and reliable services to satisfy the needs of two distinct business sectors: glass containers and flat glass. Our manufacturing facilities produce, process, distribute and sell a wide range of glass products that form part of the everyday lives of millions of people as well as offering excellent solutions to multiple industries that include: wine, beer, cosmetic, pharmaceutical, food and beverage, as well as the automotive and construction industries. In addition, we supply raw materials, machinery and industrial equipment to different industries. We constantly strive to improve the quality of life of our employees and of the communities in which we operate by generating employment and economic prosperity based on our focus on quality and continuous improvement, as well as through our ongoing efforts to promote sustainable development. Located in Monterrey, Mexico, and founded in 1909, Vitro currently has major facilities and a broad distribution network in 10 countries in the Americas and Europe with products that can be found throughout all around the world. For more information Vitro's website can be accessed at: http://www.vitro.com*

*This announcement contains statements about future events regarding Vitro, S.A.B. de C.V. and its Subsidiaries (collectively the "Company"). While the Company believes that forward-looking statements are based on reasonable assumptions, all such statements reflect the current views of the Company with respect to future events and are subject to certain risks and uncertainties that could cause actual results to differ materially from those contemplated in this report. Many factors could cause the actual results, performance or achievements of the Company to be materially different from any future results, performance or achievements that may be expressed or implied by such forward-looking statements. The Company does not assume any obligation, to and will not update these forward-looking statements.*

**For more information, please contact:**

| Investor Relations | U.S. Agency | Media Relations |
|---|---|---|
| **Adrian Meouchi /** **Carlos Garza** Vitro S.A.B. de C.V. + 52 (81) 8863-1765 / 1730 ameouchi@vitro.com cgarza@vitro.com | **Susan Borinelli /** **Barbara Cano** Breakstone Group (646) 330-5907 sborinelli@breakstone-group.com bcano@breakstone-group.com | **Albert Chico /** **Roberto Riva Palacio** Vitro S.A.B. de C.V. + 52 (81) 8863-1661 / 1689 achico@vitro.com rriva@vitro.com |

- -
- -
- -

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on it's behalf by the undersigned, thereunto duly authorized.

**VITRO, S.A.B. DE C.V.**

By  /s/ Claudio L. Del Valle Cabello
Name: Claudio L. Del Valle Cabello
Title: Attorney in Fact

Date: September 07, 2010